**Fill in this information to identify the case:**

Debtor name   *Swift Hospitality Group, Inc.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   *20-81780*

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   *Solutions Bank* | *Checking* | *6373* | *$5,000.00* |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.                                                                                     *$5,000.00*
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   Deposits, including security deposits and utility deposits
     Description, including name of holder of deposit

| 7.1.   *Commonwealth Edison* | | *$306.68* |
|---|---|---|

8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
     Description, including name of holder of prepayment

9.   Total of Part 2.                                                                                     *$306.68*
     Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(If known)* | *20-81780* |
|---|---|---|---|
|  | Name |  |  |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 1,495.00 | - | 0.00 | = .... | $1,495.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 28,946.60 | - | 0.00 | = .... | $28,946.60 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 216,200.36 | - | 216,200.36 | = .... | $0.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 45,225.55 | - | 0.00 | = .... | $45,225.55 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 7,895.00 | - | 0.00 | = .... | $7,895.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 1,241.68 | - | 0.00 | = .... | $1,241.68 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 1,085.00 | - | 0.00 | = .... | $1,085.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 35,220.00 | - | 0.00 | = .... | $35,220.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 4,218.54 | - | 0.00 | = .... | $4,218.54 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 3,495.00 | - | 0.00 | = .... | $3,495.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 6,191.76 | - | 0.00 | = .... | $6,191.76 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | 92,262.16 | - | 0.00 | = .... | $92,262.16 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |
|---|---|---|---|---|
| | Name | | | |

| 11b. Over 90 days old: | 8,143.93 | - | 0.00 | =.... | $8,143.93 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | Total of Part 3. | $235,420.22 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 14. | Mutual funds or publicly traded stocks not included in Part 1 | | | |
|---|---|---|---|---|
| | Name of fund or stock: | | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | *Appleton Hotel Venture, LLC* *property appraised 2019* | *31.5* % | *Appraisal* | *$2,272,000.00* |
| 15.2. | *Freeport Assisted Living, LLC* *Appraised 04/03/2020* | % | *Appraisal* | *$10,500,000.00* |
| 15.3. | *Freeport Senior Living, LLC* | *13* % | *Appraisal* | *$1,365,000.00* |
| 15.4. | *Normal Lodging, LLC* *Appraised 12/7/2015* | *10* % | *Appraisal* | *$1,590,000.00* |
| 15.5. | *Springfield Lodging, LLC* *Appraised 10/3/2012* | *9.66* % | *Appraisal* | *$840,000.00* |
| 15.6. | *Schaumburg Lodging, LLC* *Appraised 5/20/2013* | *17* % | *Appraisal* | *$3,077,000.00* |
| 15.7. | *Rantoul Lodging, LLC* *Appraised 06/11/2018* | *13* % | *Appraisal* | *$1,014,000.00* |
| 15.8. | *Rapid City/BH Lodging, LLC (Ownership with Sixteen Forty, LLC)* | *8.77%* % | | *Unknown* |
| 15.9. | *Sixteen Forty, LLC* | *13.51%* % | | *Unknown* |

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(If known)* *20-81780* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 15.10. | **Outfitter Lodging, LLC (Ownership with Sixteen Forty, LLC)** | *9.93%* | % | *Unknown* |
| 15.11. | **ExStay Investors, LLC** | *12.9%* | % | *Unknown* |

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

**17.** Total of Part 4.
Add lines 14 through 16. Copy the total to line 83.

$20,658,000.00

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** *3 offices, 1 small conference room, reception area, work room (normal complement)* | *$0.00* | *Liquidation* | *$2,500.00* |
| **40.** **Office fixtures** *Small complement of misc office accessories and paper* | *$0.00* | *Liquidation* | *$100.00* |
| *1352 S Harlem Ave, Freeport, IL* | *$0.00* | *Appraisal* | *Unknown* |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** *3 computers, monitors, leased copy/printer, telephones* | *$0.00* | *Liquidation* | *$500.00* |

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)*  *20-81780* |
|---|---|---|
| | Name | |

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | **$3,100.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1.  *1342 S Harlem Ave, Freeport, IL*<br>*Credit Union has Appraisal.  Debtor has not had access to it.* | *Fee Simple* | *$0.00* | *Appraisal* | *Unknown* |

| 56. | **Total of Part 9.** | | **$0.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(If known)*  **20-81780** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| *www.swifthospitalitygroup.com* | *$0.00* | *N/A* | *$0.00* |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| 66. **Total of Part 10.** | | | *$0.00* |
| Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| *NOL*                                    Tax year | *$0.00* |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* **20-81780** |
|---|---|---|
| | Name | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(If known)* **20-81780** |
|---|---|---|
| | Name | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$306.68** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$235,420.22** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$20,658,000.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,100.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +    **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$20,901,826.90** | + 91b.    **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$20,901,826.90** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  *Swift Hospitality Group, Inc.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  *20-81780*

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | *Citizens State Bank* | Describe debtor's property that is subject to a lien | $2,107,153.88 | $15,900,000.00 |
|---|---|---|---|---|

Creditor's Name

*102 W. Main Street*
*Lena, IL 61048*

Creditor's mailing address

**Normal Lodging, LLC**
*Appraised 12/7/2015*
*% Ownership: 10*

**Describe the lien**
*Mortgage*

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
*02/29/2016*

**Last 4 digits of account number**
*3402*

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
*1. Citizens State Bank*
*2. MinnWest Bank*

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | *Cornerstone Credit Union* | Describe debtor's property that is subject to a lien | $517,666.03 | Unknown |
|---|---|---|---|---|

Creditor's Name

*550 W. Meadows Drive*
*Freeport, IL 61032*

Creditor's mailing address

*1342 S Harlem Ave, Freeport, IL*
*Credit Union has Appraisal.  Debtor has not*
*had access to it.*

**Describe the lien**
*Mortgage*

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
*05/24/2017; 02/20/2019*

**Last 4 digits of account number**
*d809*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | *Dougherty Financing* | Describe debtor's property that is subject to a lien | $13,800,000.00 | $18,100,000.00 |
|---|---|---|---|---|

Creditor's Name

*90 S Seventh Street*
*Suite 4300*
*Minneapolis, MN 55402*
Creditor's mailing address

*Schaumburg Lodging, LLC*
*Appraised 5/20/2013*
*% Ownership: 17*

Describe the lien
*Mortgage*
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
*05/12/2014*
Last 4 digits of account number
*Unknown*

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | *First Bankers Trust Co* | Describe debtor's property that is subject to a lien | $5,420,339.99 | $8,400,000.00 |
|---|---|---|---|---|

Creditor's Name

*1201 Broadway St*
*Quincy, IL 62305*
Creditor's mailing address

*Springfield Lodging, LLC*
*Appraised 10/3/2012*
*% Ownership: 9.66*

Describe the lien
*Mortgage*
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
*11/1/2014*
Last 4 digits of account number
*6300*

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | *First Trust & Savings Bank* | Describe debtor's property that is subject to a lien | $2,227,141.10 | $2,355,000.00 |
|---|---|---|---|---|

Creditor's Name

*PO Box 102*
*Port Byron, IL 61275*
Creditor's mailing address

*Fulton Lodging, LLC - Appraised 05/2015 - % Ownership: 22.22*

Describe the lien
*Mortgage*
Is the creditor an insider or related party?

■ No

---

| Debtor | **_Swift Hospitality Group, Inc._** | | Case number (if known) | **_20-81780_** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's email address, if known | | ☐ Yes |
|---|---|---|
| | | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | | ☐ No |
| **_06/19/2015_** | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |
| **_0764_** | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.6 | **_MinnWest Bank_** | **Describe debtor's property that is subject to a lien** | $11,840,000.00 | $15,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **_Normal Lodging, LLC_** | | |
| | | **_Appraised 12/7/2015_** | | |
| | **_14820 Highway 7_** | **_% Ownership: 10_** | | |
| | **_Minnetonka, MN 55345_** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **_Mortgage_** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **_5/13/2016_** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **_Unknown_** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **_Specified on line 2.1_** | ☐ Disputed | | |

---

| 2.7 | **_Solutions Bank_** | **Describe debtor's property that is subject to a lien** | $8,412,697.70 | $10,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **_Freeport Assisted Living, LLC_** | | |
| | | **_Appraised_** | | |
| | **_996 W Fairview Rd_** | | | |
| | **_Freeport, IL 61032_** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **_Mortgage_** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **_3/25/2016_** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **_2235_** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.8 | **_State Bank of Freeport_** | **Describe debtor's property that is subject to a lien** | $6,260,444.12 | $7,100,000.00 |
|---|---|---|---|---|

---

| Debtor | **Swift Hospitality Group, Inc.** | Case number (if known) | **20-81780** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | |
|---|---|
| | **Appleton Hotel Venture, LLC**
*property appraised 2019*
**% Ownership: 31.5** |
| **1718 S. Dirck Drive**
**Freeport, IL 61032** | |
| Creditor's mailing address | **Describe the lien**
**_Mortgage_**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?** |
| Creditor's email address, if known | ☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**
**2014**
**Last 4 digits of account number**
**7638** | |
| **Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed |

| 2.9 | **State Bank of Freeport** | Describe debtor's property that is subject to a lien | $6,222,762.09 | $7,800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Rantoul Lodging, LLC**
*Appraised 06/11/2018*
**% Ownership: 13** | | |

| **1718 S. Dirck Drive**
**Freeport, IL 61032** | |
|---|---|
| Creditor's mailing address | **Describe the lien**
**_Mortgage_**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?** |
| Creditor's email address, if known | ☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**
**09/07/2018**
**Last 4 digits of account number**
**6428** | |
| **Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $56,808,204.91

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Atty Tom Lester**
**Hinshaw & Culbertson LLP**
**100 Park Ave**
**Rockford, IL 61101** | Line   **2.1** | **Citizens State Bank** |

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| *Bruce Helm Trust*<br>*832 S Bolton Rd*<br>*Freeport, IL 61032* | Line __2.1__ | |
| *BVI Holding 2, LLC*<br>*% Perry Liu*<br>*2260 Ridge Drive*<br>*Glenview, IL 60062* | Line __2.1__ | |
| *BVI Holding 2, LLC*<br>*% Perry Liu*<br>*2260 Ridge Drive*<br>*Glenview, IL 60062* | Line __2.3__ | |
| *Dennis Feltmeyer*<br>*2735 Deerpath Trail*<br>*Freeport, IL 61032* | Line __2.1__ | |
| *Gary Fontana Trust*<br>*2819 Red Fox Lane*<br>*Freeport, IL 61032* | Line __2.1__ | |
| *Grant Pierce*<br>*21327 Linden Lane*<br>*Kildeer, IL 60047* | Line __2.1__ | |
| *Hinshaw & Culbertson LLP*<br>*100 Park Avenue*<br>*PO Box 1389*<br>*Rockford, IL 61105-1389* | Line __2.1__ | |
| *James & Katherine Clay*<br>*5890 Dakota Rd*<br>*Dakota, IL 61018* | Line __2.1__ | |
| *Jim & Julia Kaney*<br>*14347 W Coffman Rd*<br>*Forreston, IL 61030* | Line __2.1__ | |
| *Jovanovich, Kadlec & Athmann*<br>*Attn: Thomas Jovanovich*<br>*1010 W. St. Germain, Suite 420*<br>*Saint Cloud, MN 56301* | Line __2.3__ | |
| *Lisa A Gabriel*<br>*Ward Murray Pace & Johnson PC*<br>*PO Box 400*<br>*Sterling, IL 61081* | Line __2.2__ | *H427* |
| *Mary & Jim Lee*<br>*1699 Barberry Circle*<br>*Freeport, IL 61032* | Line __2.1__ | |
| *Mike & Norah Sanders*<br>*N4087 Dutch Hollow Rd*<br>*Monroe, WI 53566* | Line __2.1__ | |
| *Monroe Clinic, Inc*<br>*Attn: Michael B Sanders, CEO*<br>*515 22nd Ave*<br>*Monroe, WI 53566* | Line __2.7__ | |

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 5 of 6

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

*Retzke LLC*
*% Daniel Retzke*
*1740 N McCarthy Rd., Apt. 1*
*Appleton, WI 54913*

Line _2.1_

*Robert Helm Trust*
*11000 Snowmass Creek Rd*
*Snowmass, CO 81654*

Line _2.1_

*State Bank of Freeport*
*Attn:  Chris Schneiderman, Exec VP*
*1718 S. Dirck Drive*
*Freeport, IL 61032*

Line _2.9_

*Timm & Garfinkel LLC*
*Attn:  Bruce Goodman*
*770 Lake Cook Rd, Ste. 150*
*Deerfield, IL 60015*

Line _2.3_

*Timothy & Barbara Clay*
*7906 N Fawver Rd*
*Dakota, IL 61018*

Line _2.1_

*Wieland Kayser*
*205 Walnut Street*
*Lena, IL 61048*

Line _2.1_

*William Geske*
*12314 Empire Street*
*Loves Park, IL 61111*

Line _2.1_

**Fill in this information to identify the case:**

Debtor name    *Swift Hospitality Group, Inc.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   *20-81780*

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,250.00** | **$2,250.00** |

**2.1**
Priority creditor's name and mailing address
*Brice Swift*
*15548 West Kerlin Road*
*Lena, IL 61048*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,250.00**   Priority amount **$2,250.00**

Date or dates debt was incurred
*2019*

Basis for the claim:
*Employer SIMPLE IRA Contribution*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2**
Priority creditor's name and mailing address
*Brice Swift*
*15548 West Kerlin Road*
*Lena, IL 61048*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,557.72**   Priority amount **$1,557.72**

Date or dates debt was incurred
*2020*

Basis for the claim:
*Employer SIMPLE IRA Contributions*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Swift Hospitality Group, Inc.** | Case number (if known) | **20-81780** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,739.92 | $1,739.92 |
|---|---|---|---|---|

**Jasmin Marcus**
**4643 Greencrest Way**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Employer SIMPLE IRA Contribution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.48 | $1,271.48 |
|---|---|---|---|---|

**Jasmin Marcus**
**4643 Greencrest Way**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **Employer SIMPLE IRA Contributions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.96 | $934.96 |
|---|---|---|---|---|

**Maggie Siebert**
**204 N Bridge Street**
**Eleroy, IL 61027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Employer SIMPLE IRA Contribution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.22 | $767.22 |
|---|---|---|---|---|

**Maggie Siebert**
**204 N Bridge Street**
**Eleroy, IL 61027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **Employer SIMPLE IRA Contributions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| Debtor | **Swift Hospitality Group, Inc.** | Case number (if known) | **20-81780** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,097.28 | $3,097.28 |
|---|---|---|---|---|

**Matthew Jacobs**
**345 Corkhill Cr.**
**Davis, IL 61019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Employer SIMPLE IRA Contribution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,353.34 | $2,353.34 |
|---|---|---|---|---|

**Matthew Jacobs**
**345 Corkhill Cr.**
**Davis, IL 61019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **Employer SIMPLE IRA Contributions** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.75 | $318.75 |
|---|---|---|---|---|

**State of California**
**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257-0511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Franchise Taxes** |

Last 4 digits of account number **5218**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,622.22 | $2,622.22 |
|---|---|---|---|---|

**Stephanie A Helms**
**Stephenson County Treasurer**
**50 W Douglas, Ste. 503**
**Freeport, IL 61032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Real Estate Taxes** |

Last 4 digits of account number **3021**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>*Tyrel Fehlhafer*<br>*15 Bayberry Court*<br>*Streamwood, IL 60107* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | *$1,890.00*   *$1,890.00* |
| | Date or dates debt was incurred<br>*2019* | Basis for the claim:<br>*Employer SIMPLE IRA Contribution* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address<br>*Tyrel Fehlhafer*<br>*15 Bayberry Court*<br>*Streamwood, IL 60107* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | *$1,433.41*   *$1,433.41* |
| | Date or dates debt was incurred<br>*2020* | Basis for the claim:<br>*Employer SIMPLE IRA Contributions* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>*Alltran Financial LP*<br>*PO Box 722929*<br>*Houston, TX 77272-2929* | *$30,305.41* |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number  *2371* | Basis for the claim:  *Collection for Elan Financial Services, acct ending 0922* |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>*Barkau CDJR*<br>*700 East South Street*<br>*Freeport, IL 61032* | *$47.01* |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number  *5097* | Basis for the claim:  *Statement of Account* |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address<br>*BBCLSI*<br>*PO Box 2188*<br>*Madison, WI 53701-2188* | *$1,128.65* |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number  *3446* | Basis for the claim:  *Lease of 2016 Ram Extended Van (Inv No. 60341)* |
| | | Is the claim subject to offset?  ■ No  ☐ Yes |

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address
*Blue Ocean Green Bay, LLC*
*c/o Atty Moizuddin/Holland & Knight*
*150 N Riverside Plaza, Ste. 2700*
*Chicago, IL 60606*

Date(s) debt was incurred __
Last 4 digits of account number  *9L39*

As of the petition filing date, the claim is: *Check all that apply.*    **$492,759.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Citation to Discover Assets in Foreign Judgment*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
*Caine & Weiner*
*1941 Bishop Lane*
*Louisville, KY 40218*

Date(s) debt was incurred __
Last 4 digits of account number  *0947*

As of the petition filing date, the claim is: *Check all that apply.*    **$9,490.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Collection for GreatAmerica Financial Service, acct ending 7256-000*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
*Card Member Services*
*PO Box 6335*
*Fargo, ND 58125-6335*

Date(s) debt was incurred __
Last 4 digits of account number  *0922*

As of the petition filing date, the claim is: *Check all that apply.*    **$30,305.41**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Business credit card*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
*Choice Hotels International*
*1 Choice Hotels Circle*
*Rockville, MD 20850*

Date(s) debt was incurred __
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Guaranty on security agreement under Rapid City Cambria, Main Stay; and Appleton Cambria*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
*Chrysler Capital*
*PO Box 660335*
*Dallas, TX 75266*

Date(s) debt was incurred __
Last 4 digits of account number  *5647*

As of the petition filing date, the claim is: *Check all that apply.*    **$25,077.29**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
*Chrysler Capital*
*PO Box 961275*
*Fort Worth, TX 76161-1275*

Date(s) debt was incurred __
Last 4 digits of account number  *1000*

As of the petition filing date, the claim is: *Check all that apply.*    **$4,876.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Deficiency on repossessed vehicle (2019 Dodge Ram 1500)*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
*CitiBusiness Card*
*PO Box 790046*
*Saint Louis, MO 63179-0046*

Date(s) debt was incurred __
Last 4 digits of account number  *7897*

As of the petition filing date, the claim is: *Check all that apply.*    **$76,102.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Business Credit card*

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Swift Hospitality Group, Inc.** | | Case number (if known) | **20-81780** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$589,707.57** |
|---|---|---|---|
| | **Citizens State Bank** | ☐ Contingent | |
| | **c/o Yalden Olsen & Willette** | ☐ Unliquidated | |
| | **838 N Main Street** | ☐ Disputed | |
| | **Rockford, IL 61103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Commercial Loan** | |
| | Last 4 digits of account number **4123** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,404.62** |
|---|---|---|---|
| | **Citizens State Bank** | ☐ Contingent | |
| | **c/o Yalden Olsen & Willette** | ☐ Unliquidated | |
| | **838 N Main Street** | ☐ Disputed | |
| | **Rockford, IL 61103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Commercial Loan/Revolving Credit Line** | |
| | Last 4 digits of account number **4124** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231,171.02** |
|---|---|---|---|
| | **Citizens State Bank** | ☐ Contingent | |
| | **c/o Yalden Olsen & Willette** | ☐ Unliquidated | |
| | **838 N Main Street** | ☐ Disputed | |
| | **Rockford, IL 61103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Commercial Loan** | |
| | Last 4 digits of account number **1615** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,604.16** |
|---|---|---|---|
| | **Citizens State Bank** | ☐ Contingent | |
| | **c/o Yalden Olsen & Willette** | ☐ Unliquidated | |
| | **838 N Main Street** | ☐ Disputed | |
| | **Rockford, IL 61103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Commercial Loan - Operating LOC** | |
| | Last 4 digits of account number **1616** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,311.26** |
|---|---|---|---|
| | **Citizens State Bank** | ☐ Contingent | |
| | **1525 S Forest Rd** | ☐ Unliquidated | |
| | **Freeport, IL 61032** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Overdraft balance on checking account** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.01** |
|---|---|---|---|
| | **City of Freeport** | ☐ Contingent | |
| | **Water & Sewer Division** | ☐ Unliquidated | |
| | **314 W Stephenson St., Ste. 010** | ☐ Disputed | |
| | **Freeport, IL 61032** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services/Utility** | |
| | Last 4 digits of account number **0004** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.01** |
|---|---|---|---|
| | **City of Rockford** | ☐ Contingent | |
| | **Water & Sewer Division** | ☐ Unliquidated | |
| | **314 W Stephenson St., Ste. 010** | ☐ Disputed | |
| | **Freeport, IL 61032** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services/Utility** | |
| | Last 4 digits of account number **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Swift Hospitality Group, Inc.** | Case number (if known) | **20-81780** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address
**Comcast Business**
**PO Box 4928**
**Oak Brook, IL 60522-4928**

Date(s) debt was incurred __
Last 4 digits of account number __6044__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

$666.33

---

**3.19** | Nonpriority creditor's name and mailing address
**ComEd**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

Date(s) debt was incurred __
Last 4 digits of account number __9037__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$2,255.94

---

**3.20** | Nonpriority creditor's name and mailing address
**Cornerstone Credit Union**
**c/o Ward Murray Pace & Johnson**
**202 E 5th St**
**Sterling, IL 61081**

Date(s) debt was incurred __
Last 4 digits of account number __0L19__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment on Commercial Loan (805)__

Is the claim subject to offset? ■ No ☐ Yes

$36,307.46

---

**3.21** | Nonpriority creditor's name and mailing address
**Dealers First Financial LLC**
**PO Box 1069**
**Bellville, TX 77418-1069**

Date(s) debt was incurred __
Last 4 digits of account number __R630__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Copier Rental (Inv No. 150654)__

Is the claim subject to offset? ■ No ☐ Yes

$440.94

---

**3.22** | Nonpriority creditor's name and mailing address
**DPOE Image-Flex, Inc.**
**c/o Vincent Miceli**
**1020 Bonaventure Drive**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$425.80

---

**3.23** | Nonpriority creditor's name and mailing address
**Freeport Septic Service**
**1446 N Bolton**
**Freeport, IL 61032**

Date(s) debt was incurred __
Last 4 digits of account number __2019__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.24** | Nonpriority creditor's name and mailing address
**Freidag Associates Inc**
**50 W. Douglas Street, Suite 400**
**Freeport, IL 61032**

Date(s) debt was incurred __
Last 4 digits of account number __5800__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Payroll and Tax Services__

Is the claim subject to offset? ■ No ☐ Yes

$118,758.50

---

| Debtor | **Swift Hospitality Group, Inc.** | | Case number *(if known)* | **20-81780** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,642.40 |
|---|---|---|---|

**Grant & Judith Pierce**
c/o Atty Beideman, Harrison & Held
333 W. Wacker Drive, Ste. 1700
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Judgment__

Last 4 digits of account number  __L242__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**IHG Hotels**
Intercontinental Hotels Grp
3 Ravinia Drive, Ste. 100
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Guaranty on security agreement under Rantoul
Lodging, LLC__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.80 |
|---|---|---|---|

**Illinois Tollway**
Post Office Box 5544
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unpaid tolls__

Last 4 digits of account number  __6032__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.74 |
|---|---|---|---|

**Illinois Tollway**
PO Box 5544
Chicago, IL 60680-5544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unpaid tolls__

Last 4 digits of account number  __9803__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leo Sand**
Sand Lodging, Inc.
PO Box 727
Waite Park, MN 56387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,445.28 |
|---|---|---|---|

**Lexus Financial Services**
PO Box 2222
Owings Mills, MD 21117-1397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vehicle lease__

Last 4 digits of account number  __D882__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |
|---|---|---|---|

**Moring Disposal**
PO Box 158
Forreston, IL 61030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rubbish Removal__

Last 4 digits of account number  __1001__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* | *20-81780* |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address
*Nicor*
*PO Box 5407*
*Carol Stream, IL 60197*

Date(s) debt was incurred _____
Last 4 digits of account number _4084_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$274.63**

---

**3.33** | Nonpriority creditor's name and mailing address
*Nicor*
*PO Box 5407*
*Carol Stream, IL 60197*

Date(s) debt was incurred _____
Last 4 digits of account number _3326_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$999.71**

---

**3.34** | Nonpriority creditor's name and mailing address
*Onity, Inc.*
*Accounts Receivable*
*4001 Fairview Industrial Dr SE*
*Salem, OR 97302*

Date(s) debt was incurred _____
Last 4 digits of account number _7898_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Invoice for services (County Inn Suites Green Bay)_

Is the claim subject to offset? ■ No ☐ Yes

**$1,338.39**

---

**3.35** | Nonpriority creditor's name and mailing address
*Pitney Bowes Purchase Power*
*PO Box 371874*
*Pittsburgh, PA 15250-7874*

Date(s) debt was incurred _____
Last 4 digits of account number _8372_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Line of Credit_

Is the claim subject to offset? ■ No ☐ Yes

**$2,046.88**

---

**3.36** | Nonpriority creditor's name and mailing address
*Radisson Hotels*
*701 Carlson Pkwy*
*Minnetonka, MN 55305*

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Guaranty on license agreement under Schaumburg Lodging, LLC; Normal Lodging, LLC; Springfield Lodging, LLC; and Elk Grove Lodging, LLC_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37** | Nonpriority creditor's name and mailing address
*Radius Global Solutions LLC*
*9550 Regency Square Blvd*
*Suite 500A*
*Jacksonville, FL 32225*

Date(s) debt was incurred _____
Last 4 digits of account number _2357_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Collections for Toyota Motor Credit - deficiency on early termination of lease (2018 Lexus RX350L), acct ending KD882_

Is the claim subject to offset? ■ No ☐ Yes

**$15,445.28**

---

**3.38** | Nonpriority creditor's name and mailing address
*Reno & Zahm, LLP*
*2902 McFarland Road*
*Suite 400*
*Rockford, IL 61107*

Date(s) debt was incurred _____
Last 4 digits of account number _2IKL_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Legal Fees_

Is the claim subject to offset? ■ No ☐ Yes

**$2,915.23**

---

| Debtor | **Swift Hospitality Group, Inc.** | Case number (if known) | **20-81780** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$761,832.00** |
|---|---|---|---|

**Sand Lodging, Inc.**
c/o Barrick Switzer Long et al
6833 Stalter Drive
Rockford, IL 61108

Date(s) debt was incurred __

Last 4 digits of account number  _0L29_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Citation to Discover Assets in Foreign Judgment_
_(27-CV-20-3060)_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,042.00** |
|---|---|---|---|

**Sand Lodging, Inc.**
c/o Barrick Switzer Long et al
6833 Stalter Drive
Rockford, IL 61108

Date(s) debt was incurred __

Last 4 digits of account number  _0L30_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Citation to Discover Assets in Foreign Judgment_
_(27-CV-20-3063)_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247.51** |
|---|---|---|---|

**Sirius XM Radio Inc**
PO Box 9001399
Louisville, KY 40290

Date(s) debt was incurred __

Last 4 digits of account number  _0220_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,257.58** |
|---|---|---|---|

**Society Insurance**
150 Camelot Drive
PO Box 1029
Fond Du Lac, WI 54936-1029

Date(s) debt was incurred __

Last 4 digits of account number  _0657_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Insurance_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$386.25** |
|---|---|---|---|

**Three Rock Solutions, LLC**
50 W Douglas St
Suite 1200
Freeport, IL 61032

Date(s) debt was incurred __

Last 4 digits of account number  _4382_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Union Savings Bank**
223 W Stephenson St
PO Box 540
Freeport, IL 61032

Date(s) debt was incurred __

Last 4 digits of account number  _2059_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Deficiency from repossessed vehicle_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,394.55** |
|---|---|---|---|

**Ward, Murray, Pace & Johnson, P.C.**
202 E. Fifth Street
PO Box 400
Sterling, IL 61081

Date(s) debt was incurred __

Last 4 digits of account number  _0L18_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Attorneys fees and costs (Per Default Judgment_
_Order) ( 2019-L-115 Sangamon Cty)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | *Swift Hospitality Group, Inc.* | Case number (if known) | *20-81780* |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Attorney Craig Willette*<br>*Yalden Olsen & Willette*<br>*838 North Main Street*<br>*Rockford, IL 61103-6906* | Line *3.39*<br>☐ Not listed. Explain ___ | *0L29* |
| 4.2 | *Blue Ocean Green Bay, LLC*<br>*c/o Atty Moizuddin/Holland & Knight*<br>*150 N Riverside Plaza, Ste. 2700*<br>*Chicago, IL 60606* | Line *3.45*<br>☐ Not listed. Explain ___ | *9L39* |
| 4.3 | *Bruce D Goodman, Esq*<br>*Timm & Garfinkel, LLC*<br>*770 Lake Cook Rd, Ste. 150*<br>*Deerfield, IL 60015* | Line *3.39*<br>☐ Not listed. Explain ___ | *Swift Hospitality Group* |
| 4.4 | *Bruce D Goodman, Esq*<br>*Timm & Garfinkel, LLC*<br>*770 Lake Cook Rd, Ste. 150*<br>*Deerfield, IL 60015* | Line *3.40*<br>☐ Not listed. Explain ___ | *Swift Hospitality Group* |
| 4.5 | *Citizens State Bank*<br>*1525 S Forest Rd*<br>*Freeport, IL 61032* | Line *3.39*<br>☐ Not listed. Explain ___ | _ |
| 4.6 | *Citizens State Bank*<br>*1525 S Forest Rd*<br>*Freeport, IL 61032* | Line *3.11*<br>☐ Not listed. Explain ___ | *4123* |
| 4.7 | *Citizens State Bank*<br>*1525 S Forest Rd*<br>*Freeport, IL 61032* | Line *3.12*<br>☐ Not listed. Explain ___ | *4124* |
| 4.8 | *Citizens State Bank*<br>*1525 S Forest Rd*<br>*Freeport, IL 61032* | Line *3.13*<br>☐ Not listed. Explain ___ | *1615* |
| 4.9 | *Citizens State Bank*<br>*1525 S Forest Rd*<br>*Freeport, IL 61032* | Line *3.14*<br>☐ Not listed. Explain ___ | *1616* |
| 4.10 | *Comcast Business*<br>*PO Box 70219*<br>*Philadelphia, PA 19176-0219* | Line *3.18*<br>☐ Not listed. Explain ___ | *6044* |
| 4.11 | *Cornerstone Credit Union*<br>*550 W. Meadows Drive*<br>*Freeport, IL 61032* | Line *3.39*<br>☐ Not listed. Explain ___ | _ |
| 4.12 | *Cornerstone Credit Union*<br>*550 W. Meadows Drive*<br>*Freeport, IL 61032* | Line *3.20*<br>☐ Not listed. Explain ___ | _ |

| Debtor | **_Swift Hospitality Group, Inc._** | Case number (if known) | **_20-81780_** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.13**    **_David Swift_** <br> **_3146 Sandy Pointe Dr_** <br> **_Freeport, IL 61032_** | Line _3.38_ <br> ☐ Not listed. Explain ____ | _ |
| **4.14**    **_Elan Financial Services_** <br> **_P.O. Box 108_** <br> **_Saint Louis, MO 63166_** | Line _3.1_ <br> ☐ Not listed. Explain ____ | _0922_ |
| **4.15**    **_Great American Finance Company_** <br> **_20 N. Wacker Drive_** <br> **_Suite 2275_** <br> **_Chicago, IL 60606-3096_** | Line _3.5_ <br> ☐ Not listed. Explain ____ | _6000_ |
| **4.16**    **_Holma-Dahms Insurance Agency_** <br> **_404 N.West Ave_** <br> **_PO Box 840_** <br> **_Freeport, IL 61032_** | Line _3.42_ <br> ☐ Not listed. Explain ____ | _ |
| **4.17**    **_Lena State Bank_** <br> **_915 S Logan Street_** <br> **_Lena, IL 61048_** | Line _3.39_ <br> ☐ Not listed. Explain ____ | _ |
| **4.18**    **_Lexus Financial Services_** <br> **_5005 North River Blvd, N.E._** <br> **_Cedar Rapids, IA 52411-6634_** | Line _3.37_ <br> ☐ Not listed. Explain ____ | _D882_ |
| **4.19**    **_Lexus Financial Services_** <br> **_6565 Headquarters Drive_** <br> **_Plano, TX 75024_** | Line _3.37_ <br> ☐ Not listed. Explain ____ | _D882_ |
| **4.20**    **_Matt Jacobs_** <br> **_President of Swift Hospitality_** <br> **_1342 S Harlem Ave_** <br> **_Freeport, IL 61032_** | Line _3.25_ <br> ☐ Not listed. Explain ____ | _ |
| **4.21**    **_Onity_** <br> **_c/o Cindy Brown, Credit Analyst_** <br> **_8100 SW Nyberg St., Ste. 350_** <br> **_Tualatin, OR 97062_** | Line _3.34_ <br> ☐ Not listed. Explain ____ | _7898_ |
| **4.22**    **_Pitney Bowes_** <br> **_2225 American Drive_** <br> **_Neenah, WI 54956-1005_** | Line _3.35_ <br> ☐ Not listed. Explain ____ | _8372_ |
| **4.23**    **_Sand Lodging, Inc._** <br> **_366 10th Avenue South_** <br> **_Waite Park, MN 56387_** | Line _3.39_ <br> ☐ Not listed. Explain ____ | _ |
| **4.24**    **_Sand Lodging, Inc._** <br> **_366 10th Avenue South_** <br> **_Waite Park, MN 56387_** | Line _3.40_ <br> ☐ Not listed. Explain ____ | _ |
| **4.25**    **_State Bank of Freeport_** <br> **_1718 S. Dirck Drive_** <br> **_Freeport, IL 61032_** | Line _3.39_ <br> ☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* | *20-81780* |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.26 | *Swift Hospitality Group, Inc.*<br>*c/o Bruce D Goodman, Reg. Agent*<br>*770 Lake Cook Rd., Ste. 150*<br>*Deerfield, IL 60015* | Line _3.25_<br>☐ Not listed. Explain ____ | _ |
| 4.27 | *Swift Hospitality Group, Inc.*<br>*c/o Matt Jacobs, President*<br>*1525 S. Forest Rd., Ste. 200*<br>*Freeport, IL 61032* | Line _3.45_<br>☐ Not listed. Explain ____ | _9L39_ |
| 4.28 | *Tomsche, Sonnesyn & Tomsche PA*<br>*8401 Golden Valley Rd*<br>*Suite 250*<br>*Minneapolis, MN 55427* | Line _3.39_<br>☐ Not listed. Explain ____ | _ |
| 4.29 | *Tomsche, Sonnesyn & Tomsche PA*<br>*8401 Golden Valley Rd*<br>*Suite 250*<br>*Minneapolis, MN 55427* | Line _3.40_<br>☐ Not listed. Explain ____ | _ |
| 4.30 | *Toyota Motor Credit Corporation*<br>*c/o Becket and Lee LLP*<br>*PO Box 3001*<br>*Malvern, PA 19355-0701* | Line _3.37_<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 20,236.30 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,876,898.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,897,134.93 |

**Fill in this information to identify the case:**

Debtor name    *Swift Hospitality Group, Inc.*

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   *20-81780*

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.2   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.3   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.4   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name    *Swift Hospitality Group, Inc.*

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    *20-81780*

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *Bradley R & Julienne Kautzer* | *12905 54th Ave North Plymouth, MN 55442 Personal Guarantee* | *First Bankers Trust Co* | ■ D   *2.4*<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | *Brian O'Brien* | *4020 Thunderhawk St Las Vegas, NV 89129 Personal Guarantee* | *First Bankers Trust Co* | ■ D   *2.4*<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | *BVI Holding 2, LLC* | *% Perry Liu 2260 Ridge Drive Glenview, IL 60062* | *Dougherty Financing* | ■ D   *2.3*<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | *BVI Holding 3, LLC* | *% Perry Liu 2260 Ridge Drive Glenview, IL 60062 Second Loan Borrower* | *State Bank of Freeport* | ■ D   *2.9*<br>☐ E/F ____<br>☐ G ____ |

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                       Column 2: Creditor

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.5 | *Carole Mounier Trust* | % Carole A Mounier, Tr.<br>12190 Wicklow Lane<br>Naples, FL 34120<br>*Second Loan Borrower* | *State Bank of Freeport* | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | *Carole Mounier Trust* | % Carole A Mounier, Tr.<br>12190 Wicklow Lane<br>Naples, FL 34120<br>*Commercial Guaranty* | *Solutions Bank* | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | *Daniel Retzke Trust* | 1740 N McCarthy Rd<br>Apt. 1<br>Appleton, WI 54913<br>*Personal Guarantee* | *First Bankers Trust Co* | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | *David and Jan Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | *Ward, Murray, Pace & Johnson, P.C.* | ☐ D _____<br>■ E/F ___3.45___<br>☐ G _____ |
| 2.9 | *David and Jan Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | *State Bank of Freeport* | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | *David and Jan Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032<br>*Commercial Promissory Note* | *First Bankers Trust Co* | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | *David and Jan Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | *Cornerstone Credit Union* | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.12 | *David and Jan Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | *Cornerstone Credit Union* | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* | *20-81780* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**          Column 2: **Creditor**

| | Codebtor | | Creditor | D | E/F | G |
|---|---|---|---|---|---|---|
| 2.13 | *David and Jan Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *State Bank of Freeport* | ■ D **2.8** | ☐ E/F | ☐ G |
| 2.14 | *David and Jan Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *Blue Ocean Green Bay, LLC* | ☐ D | ■ E/F **3.4** | ☐ G |
| 2.15 | *David and Jan Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *Grant & Judith Pierce* | ☐ D | ■ E/F **3.27** | ☐ G |
| 2.16 | *David and Jan Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *Sand Lodging, Inc.* | ☐ D | ■ E/F **3.40** | ☐ G |
| 2.17 | *David Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *Alltran Financial LP* | ☐ D | ■ E/F **3.1** | ☐ G |
| 2.18 | *David Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *CitiBusiness Card* | ☐ D | ■ E/F **3.10** | ☐ G |
| 2.19 | *David Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032* | *Sand Lodging, Inc.* | ☐ D | ■ E/F **3.39** | ☐ G |
| 2.20 | *David Swift* | *3146 Sandy Pointe Dr Freeport, IL 61032 Personal Guarantee* | *MinnWest Bank* | ■ D **2.6** | ☐ E/F | ☐ G |

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | | |
|---|---|---|---|---|---|
| 2.21 | *David Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | **Citizens State Bank** | ■ D<br>☐ E/F<br>☐ G | 2.1 |
| 2.22 | *David Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | **Dougherty Financing** | ■ D<br>☐ E/F<br>☐ G | 2.3 |
| 2.23 | *David Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | **Solutions Bank** | ■ D<br>☐ E/F<br>☐ G | 2.7 |
| 2.24 | *David Swift* | 3146 Sandy Pointe Dr<br>Freeport, IL 61032 | **Sirius XM Radio Inc** | ☐ D<br>■ E/F<br>☐ G | 3.41 |
| 2.25 | *Dean L Huisingh* | 5753 Holly Rd<br>Fulton, IL 61252 | **First Trust & Savings Bank** | ■ D<br>☐ E/F<br>☐ G | 2.5 |
| 2.26 | *Dean L Hulsingh Trust* | **Dean Hulsingh**<br>5753 Holly Rd<br>Fulton, IL 61252 | **First Trust & Savings Bank** | ■ D<br>☐ E/F<br>☐ G | 2.5 |
| 2.27 | *Dr. Jeffrey P Gehlsen* | **Jeffrey P Gehlsen General Trust**<br>2209 Countryside Land<br>Freeport, IL 61032<br>**Personal Guarantee** | **First Bankers Trust Co** | ■ D<br>☐ E/F<br>☐ G | 2.4 |
| 2.28 | *Earnest Cimino* | **11913 Heather Wood Ct**<br>Naples, FL 34120 | **State Bank of Freeport** | ■ D<br>☐ E/F<br>☐ G | 2.9 |

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.29 | *Elizabeth Retzke* | *N1531 Fawn Ridge Dr.*<br>*Unit G*<br>*Greenville, WI 54942* | *First Bankers Trust*<br>*Co* | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.30 | *Ernest Cimino* | *11913 Heather Wood Ct*<br>*Naples, FL 34120*<br>*Second Loan Borrower* | *State Bank of*<br>*Freeport* | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | *Freeport*<br>*Assisted Living,*<br>*LLC* | *1545 S Forest Rd*<br>*Freeport, IL 61032* | *BBCLSI* | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.32 | *Freeport*<br>*Assisted Living,*<br>*LLC* | *1545 S Forest Rd*<br>*Freeport, IL 61032* | *Dealers First*<br>*Financial LLC* | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |
| 2.33 | *Freeport Senior*<br>*Living LLC* | *1525 S Forest Rd*<br>*Suite 200*<br>*Freeport, IL 61032* | *Solutions Bank* | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.34 | *Fulton Lodging,*<br>*LLC* | *1301 17th Street*<br>*Fulton, IL 61252* | *First Trust & Savings*<br>*Bank* | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.35 | *Gary Fontana* | *2819 Red Fox Lane*<br>*Freeport, IL 61032* | *Solutions Bank* | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.36 | *Gary Fontana*<br>*Trust* | *Gary Fontana*<br>*2819 Red Fox Lane*<br>*Freeport, IL 61032*<br>*Commercial Guaranty* | *Solutions Bank* | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                      Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.37 | **Genesis 7** | **Doug and Linda Martin**<br>**633 North Quail Drive**<br>**Lena, IL 61048**<br>**Including:  Shane Gerber, Robert**<br>**Kenneke, Lee Kenneke, Steve Kenneke,**<br>**Mark Mau, Roger Olsen, Bill Senneff, Blair**<br>**Senjneff, and Donald Werntz** | **State Bank of**<br>**Freeport** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | **Glena Weegans** | **1752 Highland Drive**<br>**Freeport, IL 61032**<br>**Personal Guarantee** | **First Bankers Trust**<br>**Co** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **Grant Pierce** | **21327 Linden Lane**<br>**Kildeer, IL 60047** | **Citizens State Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **Green Bay**<br>**Lodging, LLC** | **1525 S Forest Road**<br>**Suite 200**<br>**Freeport, IL 61032** | **Sand Lodging, Inc.** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.41 | **Holman-Dahms**<br>**Building**<br>**Partnership** | **% Steven J. Holman**<br>**404 N. West Ave.**<br>**Freeport, IL 61032**<br>**Second Loan Borrower** | **State Bank of**<br>**Freeport** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **Holman-Dahms**<br>**Building**<br>**Partnership** | **% Robert Dahms**<br>**404 N. West Ave.**<br>**Freeport, IL 61032** | **State Bank of**<br>**Freeport** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | **Holman-Dahms**<br>**Building**<br>**Partnership** | **% Steven J. Holman**<br>**404 N. West Ave.**<br>**Freeport, IL 61032**<br>**Commercial Guaranty** | **Solutions Bank** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Swift Hospitality Group, Inc.** | Case number *(if known)* | **20-81780** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| 2.44 | **Holman-Dahms Building Partnership** | **% Robert Dahms 404 N. West Ave. Freeport, IL 61032 Commercial Guaranty** | **Solutions Bank** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| 2.45 | **James Erkmann** | **Prehn Plaza, Inc. 102 Bellardia Court Montgomery, TX 77316 Personal Guarantee** | **First Bankers Trust Co** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |

| 2.46 | **Jan Swift** | **3146 Sandy Pointe Dr Freeport, IL 61032** | **First Trust & Savings Bank** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |

| 2.47 | **Jeffrey and Leah Folgate** | **5421 Cherokee Draw Rd Austin, TX 78738 Commercial Guaranty** | **Solutions Bank** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| 2.48 | **Jeffrey P Gehlsen** | **2209 Countryside Land Freeport, IL 61032 Commercial Guaranty** | **Solutions Bank** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| 2.49 | **Jiacheng Tang** | **Bestview International 2260 Ridge Drive Northbrook, IL 60062** | **Dougherty Financing** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

| 2.50 | **Jinman Jia** | **24-2302, Lan 883 Shuicheng Road Changning Shanghai, China** | **Dougherty Financing** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

| Debtor | *Swift Hospitality Group, Inc.* | | Case number *(if known)* | *20-81780* |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor* | *Column 2: Creditor*

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.51 | *John and Stephanie Rosentiel* | *73 IL Rte 73 S*<br>*Pearl City, IL 61062*<br>*Commercial Guaranty* | *Solutions Bank* | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.52 | *Leo Sand* | *Sand Lodging, Inc.*<br>*PO Box 727*<br>*Waite Park, MN 56387* | *Dougherty Financing* | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.53 | *Leo Sand* | *Sand Lodging, Inc.*<br>*PO Box 727*<br>*Waite Park, MN 56387* | *First Trust & Savings Bank* | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.54 | *Leo Sands* | *Sand Lodging, Inc.*<br>*PO Box 727*<br>*Waite Park, MN 56387*<br>*Guarantor* | *Citizens State Bank* | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.55 | *Martin F O'Brien* | *W6871 Sunnyvale Lane*<br>*Apt. G*<br>*Greenville, WI 54942*<br>*Personal Guarantee* | *First Bankers Trust Co* | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.56 | *Marvin & Nadine Dahms* | *8759 Ranier Court*<br>*Byron, IL 61010*<br>*Second Loan Borrower* | *State Bank of Freeport* | ■ D  **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.57 | *Marvin & Nadine Dahms* | *8759 Ranier Court*<br>*Byron, IL 61010*<br>*Commercial Guaranty* | *Solutions Bank* | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |

Debtor    *Swift Hospitality Group, Inc.*    Case number *(if known)*    *20-81780*

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor    Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.58 | **Monroe Clinic, Inc.** | **515 22nd Ave**<br>**Monroe, WI 53566**<br>**Commercial Guaranty** | **Solutions Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.59 | **Normal Lodging, LLC** | **% Swift Hospitality Group, Inc.**<br>**1525 S Forest Rd., Ste. 200**<br>**Freeport, IL 61032** | **Citizens State Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | **Norman and Doris Byers** | **103 S Westview Drive**<br>**Lanark, IL 61046**<br>**Commercial Guaranty** | **Solutions Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | **Phyllis & Wayne Wilhelm** | **Phyllis E Wilhelm Trust**<br>**6760 Pelican Bay Blvd., #324**<br>**Naples, FL 34108**<br>**Second Loan Borrower** | **State Bank of Freeport** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.62 | **Prehn Plaza, Inc.** | **1101 Spruce Forest Drive**<br>**Lake Saint Louis, MO 63367** | **First Bankers Trust Co** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.63 | **Quentin G Pierce** | **21327 Linden Lane**<br>**Kildeer, IL 60047**<br>**Personal Guarantee** | **MinnWest Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.64 | **Rantoul Lodging LLC** | **% Swift Hospitality Group, Inc.**<br>**1525 South Forest Rd., Ste 200**<br>**Freeport, IL 61032** | **State Bank of Freeport** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* | *20-81780* |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                  *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.65 | *Retzke, LLC* | *c/o Dan Retzke*<br>*1740 N McCarthy Rd., Apt. 1*<br>*Appleton, WI 54913* | *First Bankers Trust Co* | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.66 | *Rick Delisle* | *22316 Brookside Way*<br>*Barrington, IL 60010* | *State Bank of Freeport* | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.67 | *Sand Lodging, Inc.* | *Leo Sands*<br>*PO Box 727*<br>*Waite Park, MN 56387*<br>*Corporate Resolution* | *First Bankers Trust Co* | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.68 | *Sand Lodging, Inc.* | *Leo Sands*<br>*PO Box 727*<br>*Waite Park, MN 56387*<br>*Guarantor* | *MinnWest Bank* | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.69 | *Sand Lodging, Inc.* | *366 S 10th Ave*<br>*Waite Park, MN 56387* | *First Trust & Savings Bank* | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.70 | *Stan and Bonnie Ramaker* | *196 Old Pioneer Road*<br>*Fond Du Lac, WI 54935* | *State Bank of Freeport* | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.71 | *Stanley Ramaker* | *196 Olde Pioneer Rd*<br>*Fond Du Lac, WI 54935* | *First Trust & Savings Bank* | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | *William C Friedrich* | *2518 Burnsed Blvd*<br>*The Villages, FL 32163*<br>*Commercial Guaranty* | *Solutions Bank* | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | *Swift Hospitality Group, Inc.* | Case number *(if known)* | *20-81780* |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| 2.73 | *William J Brinkman Trust* | *PO Box367 Albany, IL 61230* | *First Trust & Savings Bank* | ■ D  _2.5_ <br> ☐ E/F _____ <br> ☐ G _____ |